**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **DONNA PIEBER, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br>**v.**<br><br>**SVS VISION, INC.,**<br><br>**Defendant.** | **Case No. 2:20-cv-13051-LVP-CI**<br><br>**Hon. Linda V. Parker, presiding**<br>**Hon. Curtis Ivy, Jr, referral** |

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, SVS Vision, Inc. makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   **No.**

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: **Not applicable.**
   Relationship with Named Party: **Not applicable.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   **No.**

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: **Not applicable.**
   Nature of Financial Interest: **Not applicable.**

Dated this 26th day of February, 2021

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ James B. Hiller
James B. Hiller - MI Bar #P82636
*Attorneys for Defendant SVS Vision, Inc.*
One North Franklin, Suite 800
Chicago, IL 60606
Tel: (312) 980-6773
Fax: (312) 565-6511
jhiller@grsm.com