UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA PIEBER, on behalf of
herself and all others similarly
situated,

        Plaintiffs,                    Civil Case No. 20-13051
                                                          Honorable Linda V. Parker

v.

SVS VISION, INC.,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order issued March 8, 2022, it is **ORDERED AND ADJUDGED** that the Joint Motion for Order Approving Fair Labor Standards Act Settlement is **GRANTED**, the parties' Settlement Agreement is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED.

                                                                 s/ Linda V. Parker
                                                                 LINDA V. PARKER
                                                                 U.S. DISTRICT JUDGE

Dated: March 9, 2022